UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMUEL NEWPORT, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-02328-JPH-MJD |
| INDY STEEL ERECTORS, INC., INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL, AND REINFORCING IRON WORKERS LOCAL UNION NO. 22, | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation recommending that this matter be dismissed with prejudice and that Plaintiff be sanctioned. Dkt. 73. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [18]. Plaintiff's claims are **DISMISSED with prejudice.** Plaintiff is ordered to pay Defendant Indy steel Erectors, Inc. $738 and International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers Local Union No. 22 $307.50 as a **SANCTION**. Final judgment will issue by separate entry

**SO ORDERED**.

Date: 7/19/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

SAMUEL NEWPORT
7057 Birnamwood Court
Myrtle Beach, SC 29579

Neil E. Gath
GATH LAW OFFICE
ngath@gathlaw.com

Jeremy Michael Padgett
TAYLOR DEVORE PC
jpadgett@taylorlitigation.com

David L. Taylor
TAYLOR DEVORE PC
dtaylor@taylorlitigation.com